UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVO BUILDING PRODUCTS LLC,

    Plaintiff,

v.

                                              Case No. 1:23-cv-265

VISCRAS FLORESTAL S/A, et al.,

                                              Hon. Hala Y. Jarbou

    Defendants.
_____/

## **JUDGMENT**

Plaintiff Novo Building Products LLC sued Viscras Manufacturing Puerto Rico Corp. alleging breach of contract following Defendant's failure to fulfill purchase orders. Two other initially named defendants, Viscras Florestal S/A and Paulo Rower, have been voluntarily dismissed by Plaintiff. (ECF No. 16.) Specifically, Plaintiff seeks $976,707.08 from the remaining defendant, the amount of unreturned deposits related to the unfulfilled purchase orders. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 as this is an action between citizens of different states where the amount in controversy exceeds $75,000.

On July 26, 2023, the Clerk of Court entered default against Defendant for failure to plead or otherwise defend. (ECF No. 14.) On September 1, 2023, this Court ordered Plaintiff to submit the documents necessary to obtain default judgment. (ECF No. 18). Plaintiff did so on September 6, 2023, including an affidavit and supporting documentation as to the amount of the claim. (ECF No. 19.) At no point has Defendant responded or otherwise appeared in this matter, despite proper service and opportunity to do so.

2

Default has been entered, Defendant has failed to appear, and Plaintiff's claim is for a sum certain. Therefore, default judgment is appropriate under Federal Rule 55(b). Accordingly, the Court **ENTERS JUDGMENT** for Plaintiff and against Defendant Viscras Manufacturing Puerto Rico Corp., which is liable to Plaintiff for $976,707.08 in damages.

With this Judgment, all claims have been resolved and the case will be terminated.

Dated: December 4, 2023                              /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     CHIEF UNITED STATES DISTRICT JUDGE